UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> SIENNA MARKETING & CONSULTING, INC. d/b/a CREATIVE CAPITAL SOLUTIONS, <br><br> Defendant. | ) ) ) ) Civil Action No.: 25-cv-10 ) ) ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** having been brought before the Court on the unopposed motion of Defendant, Sienna Marketing & Consulting, Inc. d/b/a Creative Capital Solutions, for Entry of Agreed Confidentiality Order, and this Court having considered the Unopposed Motion, and for good cause having been shown:

**IT IS** on this ___ day of _____, 2025, **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The proposed Agreed Confidentiality Order, attached to the Motion, is hereby entered.

_____
THE HONORABLE JAMES D. PETERSON, U.S.D.J.

154326715