**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| KEVIN BACHHUBER | ) | |
| *on behalf of himself and* | ) | Case No.: 3:25-cv-00010-JDP |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| SIENNA MARKETING & CONSULTING, INC. | ) | |
| D/B/A CREATIVE CAPITAL SOLUTIONS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Kevin Bachhuber hereby gives notice that the Parties have reached a settlement in the above-captioned matter. The Parties are engaging in good faith negotiations to finalize the terms of the settlement agreement. Accordingly, Plaintiff respectfully requests that this Court vacate all upcoming deadlines and allow sixty (60) days for the Parties to file a Stipulation of Dismissal.

RESPECTFULLY SUBMITTED AND DATED this 16th day of September, 2025.

Plaintiff by his Counsel,

*/s/ Alex Phillips*
Alex Phillips
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
aphillips@straussborrelli.com